UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DONKOR,<br><br>          Plaintiff,<br><br>    vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No. EDCV 15-01712-GW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is granted and that Judgment be entered dismissing the Second Amended Complaint with prejudice.

Dated: April 14, 2017

                                            GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE